Motion to dismiss appeal granted, with costs and ten dollars costs of motion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

HARRY TURKOWITZ, Respondent, v. JACOB PALETZ, EZEKIEL LEAVITT and " MENDEL " KANTOR, Appellants.— The decision of this court, handed down on April 5, 1928,* is hereby amended to read as follows: Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

L. G. ATKINS Co., INC., Respondent, v. DAVID M. STEINMAN, Appellant. ALFRED CHAIKEN, Defendant. (Appeal No. 1.) — Order denying motion of appellant Steinman to vacate order of arrest and to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ., concur.

L. G. ATKINS Co., INC., Respondent, v. DAVID M. STEINMAN, Appellant. ALFRED CHAIKEN, Defendant. (Appeal No. 2.) — Order denying motion of appellant Steinman to vacate order of arrest and to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ., concur.

ALFRED J. CLAYTON, Respondent, v. LOUISE S. DOWNES and Others, Appellants.— Order denying defendants' motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ., concur.

JOHN D. COSGROVE, Respondent, v. PHILIP M. BERNSTEIN, Appellant.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

E. B. F. REALTY CORPORATION and PHILIP J. COFFEY, Appellants, v. EGBERT L. BURNETT and LETTIE A. BURNETT, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MURIEL ELSASSER, Respondent, v. HERMAN HUGH ELSASSER, Appellant. (Appeal No. 1.) — Order denying motion to strike out provision for alimony affirmed, with ten dollars costs and disbursements. The case having proceeded to judgment upon the personal service of the summons and complaint in this State, the defendant cannot attack the alimony provision of that judgment upon the theory of a former action pending by virtue of the service of the prior summons in California. Had the defendant after personal service of the summons and complaint appeared and answered setting up the pendency of the prior action, it may be that some disposition would have had to be made prior to the present judgment, but it would still have been within the sound discretion of the Special Term to permit a discontinuance of the so-called prior action; and it is now within the power of the Special Term to enter an order of discontinuance nunc pro tunc of the action first commenced. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

MURIEL ELSASSER, Respondent, v. HERMAN HUGH ELSASSER, Appellant. (Appeal No. 2.) — Order awarding counsel fee modified by striking therefrom the provision staying defendant until payment of counsel fee, and as so modified